UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LATONYA BUTLER, individually and on behalf of ANDREANAY ANDERSON | CIVIL ACTION NO. 07-0924 |
| -vs- | JUDGE DRELL |
| MISS-LOU AMBULANCE SERVICE, LLC | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

Based on written reasons given this date,

IT IS ORDERED that the motion for summary judgment (Doc. 12) filed by defendant Miss-Lou Ambulance Service, LLC ("Miss-Lou") is GRANTED.

IT IS FURTHER ORDERED that all of the remaining claims of the plaintiff, LaTonya Butler, against Miss-Lou are DISMISSED WITH PREJUDICE. All claims in the above captioned matter being concluded, the Clerk is directed to close this suit.

SIGNED on this 22nd day of July, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE